UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SERGEY ALEYNIKOV,<br><br>    Plaintiff,<br>v.<br><br>THE GOLDMAN SACHS GROUP, INC.,<br><br>    Defendant<br><br>THE GOLDMAN SACHS GROUP, INC. and GOLDMAN, SACHS & CO.<br><br>    Counterclaim Plaintiffs<br>v.<br><br>SERGEY ALEYNIKOV,<br><br>    Counterclaim Defendant. | No. 12-cv-5994-KM-MAH<br><br>**NOTICE OF MOTION TO SEAL** |

To:   Kevin H. Marino
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ 07928
*Counsel for Plaintiff Sergey Aleynikov*

PLEASE TAKE NOTICE that on June 3, 2013 or as soon thereafter as counsel may be heard, Defendant/Counterclaim Plaintiff The Goldman Sachs Group, Inc. and Counterclaim Plaintiff Goldman, Sachs & Co. (collectively "Goldman Sachs"), shall move before Honorable Michael A. Hammer at the United States District Court for the District of New Jersey, Martin Luther King Building and United States Courthouse, 50 Walnut Street, Newark, NJ 07101, for an order pursuant to Local Civil Rules 5.3(c) and 7.1 to seal certain information and/or materials.

3894047.1

PLEASE TAKE FURTHER NOTICE that Ocean County relies upon the Declaration of A. Ross Pearlson, Esq., the Stipulation and Protective Order entered on February 25, 2013 [ECF No. 81], as well as all other pleadings and memoranda filed in this matter.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

Dated: May 7, 2013

/s/ A. Ross Pearlson
A. Ross Pearlson
WOLFF & SAMSON PC
One Boland Drive
West Orange, NJ  07052
(973) 325-1500

Christopher E. Duffy ( admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY  10022
(212) 446-2300

Jonathan M. Shaw (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue N.W.
Washington, D.C.  20015
(202) 237-2727
*Counsel for The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.*

3894047.1

## CERTIFICATION OF SERIVCE

I certify that the foregoing Notice of Motion to Seal, Declaration of A. Ross Pearlson, Esq. in Support of Motion to Seal, Local Civil Rule 7.1 Statement in Lieu of Brief and proposed form of order were served this 7th day of May, 2013, upon the following counsel via the Electronic Case Filing System:

>Kevin H. Marino
>MARINO, TORTORELLA & BOYLE, P.C.
>437 Southern Boulevard
>Chatham, NJ  07928
>*Counsel for Plaintiff Sergey Aleynikov*

/s/ A. Ross Pearlson
A. Ross Pearlson

3894047.1