**MARINO, TORTORELLA & BOYLE, P.C.**
ATTORNEYS AT LAW

KEVIN H. MARINO  
JOHN D. TORTORELLA*†  
JOHN A. BOYLE*  
ROSEANN BASSLER DAL PRA*  

437 SOUTHERN BOULEVARD  
CHATHAM, NEW JERSEY 07928-1488  
TELEPHONE (973) 824-9300  
FAX (973) 824-8425  

* ALSO ADMITTED IN NEW YORK  
† ALSO ADMITTED IN PENNSYLVANIA  

e-mail:jtortorella@khmarino.com

August 22, 2013

**VIA ECF**

Honorable Kevin McNulty, U.S.D.J.  
United States District Court  
U.S. Post Office & Courthouse Building  
Federal Square, Courtroom 8  
Newark, NJ 07101  

    Re:    *Aleynikov v. The Goldman Sachs Group, Inc.*  
            Case No. 12 Civ. 5994 (KM-MAH)

Dear Judge McNulty:

      At the conclusion of yesterday's oral argument, your Honor indicated that you intend to write an opinion resolving the parties' cross-motions for summary judgment. The urgency presented by the criminal proceedings against Mr. Aleynikov in New York state court makes an expeditious ruling on those cross-motions and our pending motion to dismiss GS Group's Counterclaims — and, if necessary, an expedited appeal of those rulings to the Third Circuit — absolutely critical. "[T]here is a strong public interest [in Delaware and elsewhere] in the timely resolution of any disputes concerning advancement of defense costs," United States v. Stein, 452 F. Supp.2d 230, 255 (S.D.N.Y. 2006), and "[t]he substantive policies that control the nature and scope of the issues that are pertinent in an advancement proceeding … must be given effect in federal courts." Id. at 273. Accordingly, we most respectfully urge your Honor to issue your ruling on the pending cross-motions and motion forthwith.

      Thank you for your kind consideration of this request.

Respectfully yours,

*/s/ Kevin H. Marino*

Kevin H. Marino

cc:    A. Ross Pearlson, Esq. (via email)  
       Christopher E. Duffy, Esq. (via email)