UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

**Judge:**  Kevin McNulty                                              08/21/2013
                                                                                        Date

**Court Reporter:** Mollie Ann Giordano

**Deputy Clerk:**   Nitza Creegan


**Title of Case:**                                              **Docket #** Civ.  12-5994 (KM)
SERGEY ALEYNIKOV
        v.
THE GOLDMAN SACHS GROUP, INC.


**Appearances:**

Kevin H. Marino, Esq. and John Tortorella, Esq. for Plaintiff
James M. Van Splinter, Esq., Jonathan M. Shaw, Esq., and Christopher E. Duffy, Esq. for Defendant

**Nature of Proceedings:**

Hearing on [130] Motion for Summary Judgment filed by Plaintiff and [143] Cross-Motion for Summary Judgment filed by Defendant.

Decision Reserved.


**Time Commenced:**  10:05
**Time Adjourned:**    12:35

                                                                                    Nitza Creegan
                                                                                    **Deputy Clerk**

**cc: chambers**