# WOLFF · SAMSON

DAVID SAMSON*
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
THOMAS R. O'BRIEN*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
KAREN L. GILMAN
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
DAVID N. RAVIN*
BERNARD S. DAVIS
HOWARD J. SCHWARTZ*
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
JEFFREY M. GUSSOFF*
LAURENCE M. SMITH
WILLIAM E. GOYDAN*
PETER E. NUSSBAUM
LORI GRIFA*
ADAM K. DERMAN
JEFFREY M. WEINICK*^
A. ROSS PEARLSON*
MICHAEL J. NAUGHTON*
GEORGE A. SPADORO*

JOHN F. CASEY
JAMES D. FERRUCCI
JOHN A. McKINNEY JR.
DARRYL WEISSMAN*
MICHELLE A. SCHAAP
ADAM P. FRIEDMAN*
MITCHELL S. BERKEY*
CATHERINE P. WELLS
JONATHAN BONDY*
SEAN M. AYLWARD
JOHN G. VALERI JR.
ROBERT H. CRESPI*
JAMES P. RHATICAN*
JUNIE HAHN*
JOSEPH TRIPODI*
JILL D. ROSENBERG*
JOHN O. LUKANSKI*
ROXANNA E. HAMMETT
RONALD L. ISRAEL*
RHONDA CARNIOL*
ADAM B. CANTOR*
MARGARET WOOD*
DORIT F. KRESSEL*
THOMAS J. TRAUTNER JR.
ROBERT L. HORNBY*
STEPHEN A. KISKER*
TRICIA M. GASPARINE
NICOLE F. DIMARIA
KIRAN V. SOMASHEKARA*

COUNSEL

AARON D. BASSAN
JOSEPH ZAWILA
HOWARD K. UNIMAN
STEVEN S. KATZ*
JUNE S. MELLER*
ANDREW S. KENT*
ERIC J. LEVINE*
STEPHEN G. CORDARO*
WARREN BARROWS*
DONNA M. EREM
LEE D. HENIG-ELONA*
JOHN P. MALONEY*
MARC R. LEPELSTAT*
BRUCE D. ETTMAN*
TODD W. TERHUNE
CARLOS G. MANALANSAN*
DANIEL D. BARNES*
DIANA L. BUONGIORNO
CHRISTOPHER R. PALDINO
JOSHUA M. LEE
DAVID M. DUGAN*

OF COUNSEL

CARL B. LEVY

ASSOCIATES

JONATHAN A. TYLER^^
MYRNA BLUME
WILLIAM R. FINIZIO
ANDREW A. NOBLE^^
MARK A. FORAND*
DENISE J. PIPERSBURGH*
DANIEL T. McKILLOP
FARAH N. ANSARI*
ELISA M. PAGANO
RACHEL C. SANTARLAS*^
STEVEN M. DIPASQUO^
XAVIER M. BAILLIARD*
MARIE L. MATHEWS*
MELISSA A. SALIMBENE*
NANCY A. DEL PIZZO*
DARREN GRZYB*
BETH J. ROTENBERG*
BRIAN KANTAR*
JAMES M. VAN SPLINTER*
CHRISTOPHER W. GEROLD*
CHRISTOPHER DEFILIPPIS*
RAJESH V. FOTEDAR*^
ELIZABETH C. YOO*

PETER D. SIMON
PATRICIA D. CLEARY*
MAURO G. TUCCI JR.*
ROHINI C. GANDHI*
ARI S. DAVIS*
MICHAEL R. CARUSO*
WILLIAM J. CANNICI JR.*
LAUREN R. DEMAURO
LINDSAY A. SMITH*
JOSEPH G. FENSKE^
MARISA A. RAUCHWAY*
KEITH E. MORRIS*
MICHAEL G. GORDON*
BRIELLE M. PERELLI
CELINE L. BARAKAT*
SCOTT C. HOLLANDER*
SCOTT W. LICHTENSTEIN*
KELLY McDONOUGH*
RAFAEL E. ROSARIO, JR.*
MELISSA A. BROWN
RYAN W. FEDERER*
MINDY P. FOX*
BRIAN P. O'NEILL*
OLEG A. MESTECHKIN^^
MELISSA I. FALK WERNICK*
BRIGITTE M. GLADIS

PATENT AGENT

BRYMER H. CHIN
KINZA HECHT

**A. ROSS PEARLSON**
One Boland Drive
West Orange, NJ 07052
(973) 530-2100
Fax: (973) 530-2300
rpearlson@wolffsamson.com

* MEMBER NJ AND NY BARS
^ MEMBER NY BAR ONLY
' MEMBER MA BAR ONLY
^ REGISTERED PATENT ATTORNEY
MEMBER NJ BAR ONLY UNLESS OTHERWISE DENOTED

November 22, 2013

*Via ECF and Hand Delivery*

Honorable Michael A. Hammer, U.S.M.J.
United States District Court,
District of New Jersey
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:   *Aleynikov v. The Goldman Sachs Group, Inc.*
             Civil Action no. 12 Civ. 5994 (KM) (MAH)

Dear Judge Hammer:

      This firm represents defendant The Goldman Sachs Group, Inc. and counterclaimant Goldman, Sachs & Co. (the "firm") in the above-captioned matter. Pursuant to Your Honor's October 29, 2013 Order (ECF No. 190), and consistent with our October 21, 2013 letter to Your Honor (ECF No. 173) the firm respectfully re-files its September 30, 2013 motion to seal, modifying the relief sought only to withdraw redaction requests as to Lloyd Blankfien. Enclosed please find courtesy copies of the following documents which have been electronically filed with the Clerk today:

1. Notice of Motion to Seal;
2. Declaration of A. Ross Pearlson;
3. Proposed Order to Seal.

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ 07052 · (973) 325-1500 · Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY 10005 · (212) 973-0572
128 West State Street, Suite 3, Trenton, NJ 08608 · (609) 396-6645

www.wolffsamson.com

3992439.1

WOLFF · SAMSON

Honorable Michael A. Hammer, U.S.M.J.
November 22, 2013
Page 2

    Goldman Sachs' legal arguments are identical to those set forth in its September 30, 2013 memorandum of law in support of September 30, 2013 motion to seal (ECF No. 167-1), which are incorporated herein by reference. For Your Honor's convenience, a copy of that memorandum of law is also enclosed.

    The exhibits attached to the Declaration of A. Ross Pearlson are the subject of the within motion to seal. Pursuant to Local Rule 5.3, the exhibits are also enclosed in unredacted form under seal.

    We thank Your Honor for your attention to this matter.

                                          Respectfully submitted,

                                          s/ A. Ross Pearlson

                                          A. Ross Pearlson

Enclosures

cc.    Kevin H. Marino, Esq. (via ECF)

3992439.1