

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**A. ROSS PEARLSON**
rpearlson@csglaw.com
(O) 973.530.2100
(F) 973.530.2300

September 10, 2021

**Via ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street – Room 4015
Newark, NJ 07101

RE:  <u>Aleynikov v. The Goldman Sachs Group, Inc.,</u> Civil Action No. 2:12-cv-05994-KM-MAH

Dear Judge Hammer:

  This firm represents Defendant and Counter Claimant The Goldman Sachs Group, Inc. and Counter Defendant Goldman, Sachs & Co. in connection with the above-captioned matter.

  Pursuant to Local Civil Rule 101.1(c)(5) and 102.1, we respectfully request Your Honor's approval of the withdrawal of Karen A. Chesley as *pro hac vice* counsel for The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC (f/k/a Goldman, Sachs & Co.) (together, "Goldman Sachs"), and further request that Your Honor direct the clerk to remove Ms. Chesley from electronic noticing in this matter. Ms. Chesley was admitted *pro hac vice* by the Court's Order dated May 2, 2017 (D.E. 359). Goldman Sachs will continue to

Honorable Michael A. Hammer, U.S.M.J.
September 10, 2021
Page 2

be represented in this action by the undersigned and Melissa Wernick of Chiesa Shahinian & Giantomasi PC, and by Christopher E. Duffy of Vinson & Elkins LLP.

If Your Honor approves, we respectfully request that Your Honor "So Order'" this letter and have it filed on the docket.

Thank you for your consideration.

            Respectfully submitted,

            */s/A. Ross Pearlson*
            A. Ross Pearlson

ARP:dvb

cc:  All Counsel of Record (via ECF)