## MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
───────
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
PATRICK S. SALAMEA

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: kmarino@khmarino.com
*OF COUNSEL

January 11, 2022

**VIA ECF**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
MLK, Jr. Federal Bldg. & Courthouse
50 Walnut Street, Room 2060
Newark, NJ 07102

    Re:    *Aleynikov v. The Goldman Sachs Group, Inc.*,
           No. 2:12-cv-5994-KM-MAH

Dear Judge Hammer:

    During the status conference before your Honor on August 24, 2021, the Court indicated that this matter would be stayed pending the Third Circuit's decision on Mr. Aleynikov's appeal. As that stay was not entered on the docket, however, the parties jointly and respectfully request that you issue a text order staying the matter as of that day pending the Third Circuit's ruling.

    Thank you for your attention to this matter.

                                            Respectfully,

                                            Kevin H. Marino

    cc:    Honorable Kevin McNulty, U.S.D.J.
              All counsel of record