UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-1782
_____

SERGEY ALEYNIKOV,
Appellant

v.

GOLDMAN SACHS GROUP, INC.
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-12-cv-05994)
District Judge: Honorable Kevin McNulty
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
December 10, 2021

Before:  SHWARTZ, PORTER and FISHER, Circuit Judges.
_____

**JUDGMENT**
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on December 10, 2021.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered April 14, 2021, be and the same is hereby AFFIRMED.  All of the above in accordance with the Opinion of this Court.

Costs taxed against Appellant.

ATTEST:

Dated: February 11, 2022

s/ Patricia S. Dodszuweit
Clerk